838 A.2d 564

**John STOKES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE;**
**Frank Gillis, Superintendent, SCI Coal Township,**
**et. al., Appellees.**

**No. 114 MAP 2002.**

Supreme Court of Pennsylvania.

Oct. 8, 2003.

## ORDER

Motion to Dismiss for Mootness

PER CURIAM.

AND NOW, this 8th day of October, 2003, the Commonwealth's motion to dismiss is granted, and this matter is

dismissed for mootness since no case or controversy currently exists. *See Pap's A.M. v. City of Erie,* 571 Pa. 375, 812 A.2d 591, 600 (2002).